IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OMEAKO L. BRISBON,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     1:25CV1077
                                  )
PAZARAR PRIEST, et al.,           )
                                  )
            Defendants.           )

## ORDER

On December 9, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is TRANSFERRED to the United States District Court for Eastern District of North Carolina. The Clerk of Court is directed to close his file in this district.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 8, 2026